# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1336

_____

| | | |
|---|---|---|
| Stuart Entertainment, Inc., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| American Games, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 15, 1999

Filed: November 23, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Stuart Entertainment, Inc. appeals the district court's adverse grant of summary judgment rejecting Stuart Entertainment's claim against American Games, Inc. for copyright infringement. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. Because the parties' briefs show they are thoroughly familiar with the issue before the court, we conclude that an extended discussion about the district court's application of the controlling law in a factual framework that is unique to these parties would serve no useful purpose. We believe

the district court is correct, and we thus affirm on the basis of the district court's memorandum and ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.